# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

150309(125)

JOSEPH WHITE,
      Plaintiff-Appellant,

v

DETROIT EAST COMMUNITY MENTAL
HEALTH, MARILYN SNOWDEN, SHIRLEY
CALHOUN, DORIS STERRETT, and GATEWAY
COMMUNITY HEALTH PROVIDER,
      Defendants-Appellees.

SC: 150309
COA: 314990
Wayne CC: 11-011126-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's March 31, 2015 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 30, 2015



Clerk

a0622